Byrnes Keller Cromwell LLP
38th Floor
1000 Second Avenue
Seattle, WA  98104
(206) 622-2000
Facsimile No.: (206) 622-2522

The Honorable Edward F. Shea

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ROBERT GREENE and KIM GREENE,

Plaintiffs,

v.

RAY APPRAISAL SERVICES COMPANY, a Washington Corporation, JASON RAY and JANE DOE RAY, husband and wife and the community property composed thereof, KYLE REAVIS and JAN DOE REAVIS, husband and wife and the community property composed thereof, OMT ENTERPRISES LLC dba QPOINT HOME MORTGAGE, DIANE JORGENSEN-FRAZIER, and JOHN DOE FRAZIER, husband and wife and the community property composed thereof, FLAGSTAR BANK, FSB, ATV, LLC d/b/a PRUDENTIAL ALMON REALTY, JOANNE MILLER-ROSE and JOHN DOE ROSE, husband and wife and the community property composed thereof, MARGARET IRWIN and JOHN DOE IRWIN, husband and wife and the community property composed thereof,

Defendants.

No. CV-10-3005-EFS

**ORDER DISMISSING WITH PREJUDICE ALL CLAIMS AGAINST FLAGSTAR BANK**

**CLERK'S ACTION REQUIRED**

THIS MATTER came before the Court on the parties' Stipulated Motion Dismissing with Prejudice All Claims Against Flagstar Bank.  Based upon the parties'

ORDER DISMISSING WITH PREJUDICE ALL CLAIMS AGAINST FLAGSTAR BANK - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

stipulation, it is hereby ORDERED, ADJUDGED AND DECREED that defendant Flagstar Bank, FSB, is, and all claims against Flagstar Bank, FSB, are, hereby dismissed with prejudice and without costs to any party.

IT IS SO ORDERED.

DATED this  1st  day of July, 2010.

                                         s/ Edward F. Shea
                                         The Honorable Edward F. Shea
                                         U.S. DISTRICT COURT JUDGE

Presented by:

BYRNES ◆ KELLER ◆ CROMWELL LLP

By /s/ Jofrey M. McWilliam
    Bradley S. Keller, WSBA #10665
    Jofrey M. McWilliam, WSBA #28441
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Phone: 206-622-2000
Fax: 206-622-2522
Email: bkeller@byrneskeller.com
          jmcwilliam@byrneskeller.com
Attorneys for Defendant
Flagstar Bank, FSB

LAW OFFICES OF JOHN A. LONG

By /s/ John A. Long
    Mr. John A. Long, WSBA #15119
    22525 SE 64th Place, Suite 262
    Issaquah, Washington 98027
Phone: (425) 427-9660
Fax: (888) 735-6513
Email: john@johnlonglaw.com, jal@johnlonglaw.com
Attorneys for Plaintiffs

ORDER DISMISSING WITH PREJUDICE ALL CLAIMS AGAINST FLAGSTAR BANK - 2

BYRNES ◆ KELLER ◆ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000