1 | The Law Offices of John A. Long
2 | 22525 SE 64th Place, Suite 262
Issaquah, WA 98027

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

| | |
|---|---|
| ROBERT GREENE and KIM GREENE, | EFS<br>Case No.: CV-10-3005-LRS |
| Plaintiffs, | STIPULATION AND ORDER OF<br>DISMISSAL WITH PREJUDICE |
| v. | |
| RAY APPRAISAL SERVICES COMPANY, a and the community property composed Washington Corporation, JASON RAY and thereof. JANE DOE RAY, husband and wife and the community property thereof, KYLE REAVIS and JAN DOE REAVIS, husband and wife and the community property thereof, OMT ENTERPISES LLC dba QPOINT HOME MORTGAGE, DIANE JORGENSEN-FRAZIER, and JOHN DOE FRAZIER, husband and wife and the community property composed thereof, FLAGSTAR BANK, FSB, ATV, LLC d/b/a PRUDENTIAL ALMON REALTY, JOANNE MILLER-ROSE, AND JOHN community property composed thereof, DOE ROSE, husband and wife and the marital community composed thereof, MARGARET IRWIN, AND JOHN DOE IRWIN, husband and wife and the community property composed thereof. | (CLERK'S ACTION REQUIRED) |
| Defendants. | |

I.   **STIPULATION**

STIPULATON AND ORDER OF
DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties to the dismissal of all claims of plaintiffs Robert and Kim Greene and defendants OMT Enterprises LLC d/b/a QPoint Home Mortgage, Diane Jorgensen-Frazier, and John Doe Frazier, husband and wife and the community property composed thereof, with prejudice and without an award of attorney's fees or costs to either party.

STOKES LAWRENCE VELIKANJE MOORE & SHORE

*[signature]*

Sean A. Russel, WSBA No. 34915
120 N. Naches Avenue, Yakima, WA 98901-2757
Attorney for Defendants OMT Enterprises LLC *et al*

DATED this 3rd 20 day of November, 2010.

LAW OFFICES OF JOHN A. LONG

*[signature]*

John A. Long, WSBA NO. 15119
22525 SE 64th Place, Second Floor
Issaquah, WA 98027
Attorney for Robert Greene and Kim Greene

DATED this 3rd day of November, 2010.

STIPULATON AND ORDER OF
DISMISSAL WITH PREJUDICE

LAW OFFICES OF JOHN A. LONG
22525 SE 64th Pl. ♦ Suite 262
Issaquah, WA. 98027
Ph (425) 427-9660
Fax 866-360-6847

## II.    AGREED ORDER

Based upon the foregoing stipulation, it is hereby:

ORDERED, ADJUDGED AND DECREED THAT plaintiffs' claims against defendants OMT Enterprises LLC d/b/a QPoint Home Mortgage, Diane Jorgensen-Frazier, and John Doe Frazier, husband and wife and the community property composed thereof, are all hereby dismissed with prejudice and without an award of attorney's fees or costs to either party.

DATED this 4th day of November, 2010.

s/ Edward F. Shea
Judge

PRESENTED AND AGREED TO BY:

THE LAW OFFICES OF JOHN A. LONG

John A. Long, WSBA No. 15119
22525 SE 64th Place, Suite 262
Issaquah, WA 98027
Attorney for Robert Greene and Kim Greene

STIPULATON AND ORDER OF
DISMISSAL WITH PREJUDICE

LAW OFFICES OF JOHN A. LONG
22525 SE 64th Pl. ♦ Suite 262
Issaquah, WA. 98027
Ph (425) 427-9660
Fax 866-360-6847