UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT GREENE and KIM GREENE,<br><br>        Plaintiffs,<br><br>        v.<br><br>RAY APPRAISAL SERVICES COMPANY, a Washington Corporation, JASON RAY and JANE DOE RAY, husband and wife and the community property composed thereof, KYLE REAVIS and JANE DOE REAVIS, husband and wife and the community property composed thereof,<br><br>        Defendants. | NO. CV-10-3005-EFS<br><br>**ORDER GRANTING RAY APPRAISAL DEFENDANTS' MOTION FOR ENTRY OF DISMISSAL OF ALL CLAIMS, AND ENTERING JUDGMENT** |

    A hearing occurred in the above-captioned matter on July 6, 2011. John Long appeared for Plaintiffs Robert and Kim Greene; Tim Carlsen appeared for Defendants Ray Appraisal Services Co., Jason and Jane Doe Ray, and Kyle and Jane Doe Reavis (collectively referred to as "Ray Appraisal Defendants").[1]  Before the Court was the Ray Appraisal Defendants' Motion for Entry of Order of Dismissal of All Claims, ECF No. 42, which asks the Court to dismiss Plaintiffs' claims against them under Federal Rule of Civil Procedure 41(b) because of Plaintiffs' failure to

---

[1] Zachary Hummer, counsel for Ray Appraisal Defendants, also participated, but he has not yet filed a notice of appearance in this matter.

ORDER ~ 1

respond to both the Ray Appraisal Defendants' previously filed summary-judgment motion, ECF No. 30, and the instant dismissal motion. Plaintiffs' counsel orally advised the Court that he has his clients' permission to dismiss the lawsuit with prejudice. Accordingly, for the reasons articulated on the record, **IT IS HEREBY ORDERED**:

1. Ray Appraisal Defendants' Motion for Entry of Order of Dismissal of All Claims, **ECF No. 42**, is **GRANTED**.

2. Judgment is to be entered in the Ray Appraisal Defendants' favor with prejudice.

3. All pending motions are **DENIED AS MOOT**.

4. All pretrial, trial, and hearings are **STRICKEN**.

5. If no further motions are filed within sixty days, this file is to be **CLOSED**.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and provide a copy to counsel.

**DATED** this  6th  day of July 2011.

                             s/Edward F. Shea
                             EDWARD F. SHEA
                        United States District Judge

Q:\Civil\2010\3005.dismiss.wpd

ORDER * 2