AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

ROBERT GREENE and KIM GREENE,

                    Plaintiffs,

                    v.

RAY APPRAISAL SERVICES COMPANY, a Washington Corporation, et al.,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-3005-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in the Ray Appraisal Defendants' favor with prejudice pursuant to the Order entered July 6, 2011, ECF No. 49.

July 6, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas